**People of the State of Illinois ex rel. Carol Gracia, Plaintiff-Appellant, v. Stanley Garrison, Defendant-Appellee.**

Gen. No. 50,495.

First District, First Division.

December 13, 1965.

Daniel P. Ward, State's Attorney of Cook County, of Chicago (Edward J. Hladis, Chief of Civil Division, and Ronald Butler, Assistant State's Attorney, of counsel), for appellant; No briefs filed for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.